```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

This Document Relates To:
Abney et al v. General Motors, LLC, 14-CV-5810;
Fleck, et al. v. General Motors, LLC, 14-CV-8176;
Hayes, et al. v General Motors, LLC, 14-CV-10023;
Bendermon et al v. General Motors, LLC, 15-CV-1354;      14-MD-2543 (JMF)
Morgan et al v. General Motors, LLC, 15-CV-2844;
Altebaumer et al v. General Motors, LLC, 15-CV-4142;     ORDER
Blood v. General Motors, LLC, 15-CV-6578;
Atz, et al v. General Motors, LLC, 15-CV-5222;
Athey, et al v. General Motors, LLC, 16-CV-3105;
Kats, et al v. General Motors, LLC, 16-CV-5491;
Bermudez, et al v. General Motors, LLC, 15-CV-2644;
Danley, et al v. General Motors, LLC, 15-CV-4647;
Maresca, et al v. General Motors, LLC, 15-CV-3702;
Hearn, et al v. General Motors, LLC, 16-CV-2047

------------------------------------------------------------------------x
```

JESSE M. FURMAN, United States District Judge:

On May 22, 2018, the Court granted the motions to withdraw of Hilliard Martinez Gonzales, Thomas J. Henry Injury Attorneys, Bailey Peavy Bailey Cowan Heckaman, PLLC, Pawa Law Group, P.C., and Pulaski Law Firm, PLLC (collectively, the "Firms") from representing 100 plaintiffs (the "Affected Plaintiffs") and severed the claims of each of the Affected Plaintiffs from the complaints filed by the Firms. (*See* Docket No. 5590 (the "May 22nd Order") at Ex. A). The May 22nd Order provided each of the Affected Plaintiffs ninety (90) days — that is, until August 20, 2018 — to file a new lawsuit in this Court and to pay any filing fee associated with filing a complaint pursuant to 28 U.S.C. § 1914(a). (Docket No. 5358 ¶ 3). To date, none of the Affected Plaintiffs have filed a new lawsuit, paid the filing fee, or otherwise complied with the May 22nd Order.

In light of the Affected Plaintiffs' failure to file amended and severed complaints by the deadline set in the May 22nd Order, the claims of those Plaintiffs — who are listed on Exhibit A of this Order — are hereby DISMISSED *without* prejudice.  Per Paragraph 6 of the May 22nd Order, should any affected Plaintiff file an amended and severed complaint, a Related Case Statement, and a filing fee **within the next thirty days**, his or her dismissal will be vacated.  If an Affected Plaintiff does *not* submit the requisite filings within the next thirty days, New GM may move to dismiss his or her claims with prejudice.  (*See* May 22nd Order, ¶ 6).  New GM is reminded that within thirty days of the entry of any Order dismissing the claims of Affected Plaintiffs *with* prejudice, New GM should advise the Court of its views with respect to the proposed next steps for non-dismissed Affected Plaintiffs, if any, and that New GM should first endeavor to meet and confer in good faith with such non-dismissed Affected Plaintiffs.

In light of the process set forth in the May 22nd Order and above, the Clerk of Court should *not* terminate any of the Affected Plaintiffs at this time.  The Court will direct the Clerk of Court to do so if or when the claims of a Plaintiff are dismissed with prejudice.

In accordance with Order No. 137, New GM shall serve a copy of this Order on all Plaintiffs listed on Exhibit A and file proof of such service.  (*See* Order No. 137, ¶ 4).

SO ORDERED.

Dated: August 22, 2018
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2

# Exhibit A

**Exhibit A**

| Name | Case Caption |
|---|---|
| Abrams, Kenneth | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Agwunobi, Kenechukwu | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Aldana, Carlos | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Aldana, Gena | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Ballard, Rose | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Banks, Brenda IARE Clyde Banks | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Bennett, Apallonia | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Blakes, Avonya | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Brown, Melissa | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Casey, Shaquel | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Choice, Kisha | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cobb, Thomas IARE Steven Cobb | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cook, Frank | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cox, Yolanda | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cramer, Jesse | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Cross, Randy | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Currie, Tracy | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Dorse, Jessica | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Ellison, Patrice | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Gonzalez, Sandra Denise | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Gordon, Chelsie | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Green, Nathan | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Grove, Linda | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Hachey, Clark | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Hamilton, Lillian | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Harris, Lawrisa | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Johnson, Larry | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Johnson, Robin | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Jones, Catherine - Deceased | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Kaufmann, Donall R IANF N.K. IARE Courtney Heaton | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Kirkland, Jean | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Lavergne, Lisa | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Lister, Shawana | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Malone, Mayzel | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| McClinton, Tara | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Pender, Harry | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Perez, Norma | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Pierce, Joseph IARE Raymond Pierce | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Pruitt, Jasmine | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Safewright, Barbara | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Sam, Trenice - Deceased | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Skeels, Elizabeth | 1:14-cv-05810 Abney et al v. General Motors, LLC |

**Exhibit A**

| Name | Case Caption |
|---|---|
| Smith, Lonnie | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Phylette | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Unique | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Smith, Victor | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Staggs, Adam IARE Gary Staggs | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Taylor, Deborah | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Thompson, Jeami | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Tripp, Polly | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Tucker, Marion | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Walker, Diana | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Watkins, Gloria | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Woods, Kimberly | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Woods, Promise | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Ybarbo, Robert | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Zayas, Marissa | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Dor, Gabriel | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Dupervil, Reginald | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Glosson, Sylvia Jones | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Gray, Samantha | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Horne, Janay | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Hughes, Katherine | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Johnson, Tyler | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| McCann, Julie | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Myrick, Aaron | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Pierre, Kachet | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Selix, Lanette | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Smith, Patricia | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Vaughn, Anthony | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Williams, Jessica | 1:14-cv-08176 Fleck, et al. v. General Motors, LLC |
| Heaton, Cindi IARE Courtney Heaton | 1:14-cv-10023 Hayes, et al. v General Motors, LLC |
| Kaufmann, Donall IARE Courtney Heaton | 1:14-cv-10023 Hayes, et al. v General Motors, LLC |
| Staggs, Andrew IARE Gary Staggs | 1:14-cv-10023 Hayes, et al. v General Motors, LLC |
| Williams, Jene | 1:14-cv-10023 Hayes, et al. v General Motors, LLC |
| Wisley, Chelsea IARE Gary Staggs | 1:14-cv-10023 Hayes, et al. v General Motors, LLC |
| Minchala-Condo, Chastity IARE Gary Staggs | 1:15-cv-01354 Bendermon et al v. General Motors, LLC |
| Lowe, Sara IANF B.L. | 1:15-cv-02844 Morgan et al v. General Motors, LLC |
| Howard, Peggy | 1:15-cv-04142 Altebaumer et al v. General Motors, LLC |
| La Quatra, Clifford | 1:15-cv-06578 Blood v. General Motors, LLC |
| Martin, Ashley | 1:15-cv-06578 Blood v. General Motors, LLC |
| Stewart, Casey | 1:14-cv-05810 Abney et al v. General Motors, LLC |
| Atz, Betty (OBO Atz, Robert) | 1:15-cv-05222 Atz, et al v. General Motors, LLC |

**Exhibit A**

| Name | Case Caption |
|---|---|
| Bertels, Quentin | 1:16-cv-03105 Athey, et al v. General Motors, LLC |
| Carpenter, Christian | 1:16-cv-05491 Kats, et al v. General Motors, LLC |
| Fortune, Bobby | 1:15-cv-02644 Bermudez, et al v. General Motors, LLC |
| Greene, Ciera | 1:16-cv-03105 Athey, et al v. General Motors, LLC |
| Hitt, Mary | 1:15-cv-04647 Danley, et al v. General Motors, LLC |
| Holt, Paul | 1:16-cv-03105 Athey, et al v. General Motors, LLC |
| Lewis, Michael | 1:16-cv-03105 Athey, et al v. General Motors, LLC |
| Neal, Keven | 1:15-cv-03702 Maresca, et al v. General Motors, LLC |
| O'Dowd, Cheryl (IARE O'Dowd, Kristie) | 1:15-cv-02644 Bermudez, et al v. General Motors, LLC |
| Phillips, Allison | 1:15-cv-03702 Maresca, et al v. General Motors, LLC |
| Presley, Vickie (IARE Presley, Darlean) | 1:15-cv-02644 Bermudez, et al v. General Motors, LLC |
| Saunders, Tarquin | 1:15-cv-04647 Danley, et al v. General Motors, LLC |
| Saunders, Tarquin | 1:15-cv-04647 Danley, et al v. General Motors, LLC |
| Stromas, Kaosha | 1:16-cv-03105 Athey, et al v. General Motors, LLC |
| West, Cynthia | 1:16-cv-03105 Athey, et al v. General Motors, LLC |
| Whitaker, Darryl | 1:15-cv-04647 Danley, et al v. General Motors, LLC |
| Williams, Bruce | 1:16-cv-02047 Hearn, et al v. General Motors, LLC |
| Vance, Angela (IARE Vance, Robert) | 1:15-cv-02644 Bermudez, et al v. General Motors, LLC |